# UNITED STATES DISTRICT COURT
## for the
### Southern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>In re: Tanase<br>One Gray iPhone, One SD Card, and Five Sim Cards<br>("Subject Devices") | )<br>)<br>)  Case No.  '24 MJ1340 VET<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

located in the ___Southern___ District of ___California___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC §1029(a)(2) | Use of Unauthorized Access Devices |
| 18 USC §1029(a)(4) | Production or Possession of Device-Making Equipment |
| 18 USC §1029(b)(1) | Attempt to Commit Access Device Fraud |

The application is based on these facts:
See attached Affidavit of U.S. Secret Service, Special Agent Jessica Freeman, incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jessica Freeman, U.S. Secret Service Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___Telephone___ *(specify reliable electronic means)*.

Date: 04/01/2024

*Judge's signature*

City and state: San Diego, California      The Honorable Valerie E. Torres, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

PROPERTY TO BE SEARCHED

The following property is to be searched:

    a.    Gray Apple iPhone 12 Pro Model, A2407 serial number, IMEI: 351880150366722

    b.    SD Card attached to pin hole camera, Serial Number: 3387DVLCF0L4

    c.    T-Mobile SIM card removed from iPhone, Serial Number: 8901260318702202419

    d.    T-Mobile SIM card, Serial Number: 8901260608735575603

    e.    T-Mobile SIM card, Serial Number: 8901260317708067982

    f.    T-Mobile SIM card, Serial Number: 8940031218764433298

    g.    T-Mobile SIM card holder, Serial Number: 8901260318702202401F

(Collectively, the "Subject Devices").  The Subject Devices are in the custody and control of the United States Secret Service, at 550 W. C St, Suite 660, San Diego, CA 92101.

ATTACHMENT B

ITEMS TO BE SEIZED

Authorization to search the Subject Devices described in Attachment A includes the search of disks, memory cards, deleted data, remnant data, slack space, and temporary or permanent files contained on or in the Subject Device for evidence described below. The seizure and search of the Subject Device shall follow the search methodology described in the affidavit submitted in support of the warrant.

The evidence to be seized from the Subject Devices will be electronic records, communications, and data such as emails, text messages, mobile messaging application content, social media content, images, records from third-party and websites applications (e.g., Mapquest, Google Maps), photographs, audio files, videos, browsing history, and location data, for the period of November 1, 2023, up to and including February 2, 2024, for the following:

a. Communications, records, images, videos, electronic files, and attachments tending to discuss or pertain to access devices (e.g., EBT cards, debit cards, the electronic track data embedded on such cards) or account information associated with such devices (e.g., PINs, names), including but not limited to the unauthorized use, interception, collection, transfer, or possession of such devices or related account information;

b. Communications, records, images, videos, electronic files, and attachments tending to discuss or pertain to skimming devices, or the location or manner in which such devices are installed, deployed, distributed, collected, or manufactured;

c. Communications, records, images, videos, electronic files, and attachments tending to discuss or reflect an intent to i) steal or misuse access devices, or account information associated with such devices, or ii) install, deploy, distribute, collect, or manufacture unauthorized skimming devices, that would tend to discuss or establish motive,

    opportunity, intent, preparation, plan, knowledge, absence of mistake, or lack of accident, with regard to the crimes under investigation;

d.  Communications, records, images, videos, electronic files, and attachments tending to discuss, reflect, or pertain to the proceeds, fruits, or instrumentalities of or from the use of unauthorized access devices like EBT account information, credit card information, or debit card information;

e.  Communications, records, images, videos, electronic files, and attachments tending to discuss, reflect, or pertain to the proceeds, fruits, or instrumentalities of or from the production, control or custody, or possession of access device-making equipment;

f.  Communications, records, images, videos, electronic files, and attachments tending to identify the user(s) of, or persons with control over or access to, the Subject Device, including the telephone number associated with any of the Subject Devices and, without any date restriction, all contact entries;

g.  Communications, records, images, videos, electronic files, and attachments tending to identify the user(s) of the Subject Device's state of mind, knowledge, motive, and voluntariness regarding the crime under investigation, such as any communications, records, or attachments demonstrating knowledge that EBT or debit or credit card account information, PINs, victim names, skimmers, or access devices were being used without authorization or with an intent to deceive;

h.  Communications, records, images, videos, electronic files, and attachments tending to identify or establish the use of fake or stolen personal identification information, such as the names or PINs found on EBT cards;

i.  Communications, records, images, videos, electronic files, and attachments tending to identify any co-conspirators, co-schemers,

  criminal associates, or others involved in a scheme to steal or misuse access device card information; and

j. Communications, records, images, videos, electronic files, and attachments that provide context to any communications, records, images, videos, electronic files, and attachments described above, such as electronic messages sent or received in temporal proximity to any relevant electronic message and any content tending to identify the user(s) of the device to be searched;

**which are evidence of violations of 18 U.S.C. §§ 1029(a)(2) (use of unauthorized access devices), 1029(a)(4) (production, control or custody, or possession of access device-making equipment), and 1029(b)(1) (attempt).**

AFFIDAVIT IN SUPPORT OF
APPLICATION FOR SEARCH WARRANT

I, Jessica Freeman, being duly sworn, state as follows:

1. This affidavit is in support of an application by the United States of America for a warrant to search the following electronic devices, as described in Attachment A:

    a. Gray Apple iPhone 12 Pro Model, A2407 serial number, IMEI: 351880150366722

    b. SD Card attached to pin hole camera, Serial Number: 3387DVLCF0L4

    c. T-Mobile SIM card removed from iPhone, Serial Number: 8901260318702202419

    d. T-Mobile SIM card, Serial Number: 8901260608735575603

    e. T-Mobile SIM card, Serial Number: 8901260317708067982

    f. T-Mobile SIM card, Serial Number: 8940031218764433298

    g. T-Mobile SIM card holder, Serial Number: 8901260318702202401F

(collectively, the **"Subject Devices"**) for items from November 1, 2023 through and including February 2, 2024, which constitute evidence, fruits, and instrumentalities of violations of federal criminal law, namely, Title 18, United States Code, §1029(a)(2) – Use of Unauthorized Access Devices, §1029(a)(4) – Production or Possession of Device-making Equipment, and §1029(b)(1) – Attempt to Commit Access Device Fraud, as described in Attachment B. As explained in greater detail below, these devices were seized from Anghel Giovani TANASE when he was arrested for attempting to use skimming devices at a Bank of America; the iPhone was on his person; the SD card attached to the pin hole camera was in plain view location on the front right passenger floor board; and the sim cards were scattered between the front passenger floor board and the rear right passenger floorboard of the vehicle. This search warrant affidavit and application are sought pursuant to Rule 41 of the Federal Rules of Criminal Procedure.

The **subject devices** are in the custody of the U.S. Secret Service in the Southern District of California

## EXPERIENCE & TRAINING

2.     I am a special agent with the United States Secret Service ("USSS"), San Diego Field Office and have been since April 2022.  I am a federal law enforcement officer for the United States within the meaning of Section 3056 of Title 18, United States Code, in that I am empowered by law to conduct investigations, apply for search warrants, and to make arrests for federal felony offenses.  I am also assigned to the SoCal Cyber Fraud Task Force ("SoCal CFTF").

3.     The SoCal CFTF is a task force sponsored by the USSS that is comprised of state, local, and federal law enforcement agents. In this capacity, my duties are to investigate violations of federal and state law, including financial crimes and related activity in connection with the fraudulent use of access devices, credit card skimming/re-encoding, identity theft, wire fraud, mail fraud, check fraud, bank fraud, and the manufacturing of counterfeit currency/commercial securities, and the use of complex schemes to conceal and launder the proceeds of such crimes.  I am familiar with the criminal elements and schemes commonly employed by persons who commit these types of violations.  I am also familiar with the use of computers and specialized electronics to commit these crimes.

4.     I completed approximately 13 weeks of training at the Federal Law Enforcement Training Center in Glynco, Georgia. I have completed 40 hours of Cyber Foundational Training by the National Computer Forensics Institute in Hoover, AL. I also completed 20 weeks of training at the Special Agent Training Course at the James J. Rowley Training Center in Beltsville, MD. In my training, I received specialized instruction on investigating financial and computer-based crimes, in particular network intrusions and business email compromise. I completed blocks of instruction and labs that enable me to identify potential sources of electronic and financial evidence

AFFIDAVIT                                                      -2-

including but not limited to computers, cell phones, skimming devices, digital storage media and to preserve and exploit such evidence.

5. Prior to my tenure as a special agent, I worked for Marriott International for almost 10 years as a front desk agent and senior administrative assistant in the engineering department. I graduated from Alabama State University with a Bachelor of Science Degree in Chemistry. I also graduated from National University with a Master of Science Degree in Forensic Science, with 232 hours of forensics training from the Forensic Science Academy at the Vollmer Institute.

6. The following is based on my own investigation, review of reports, and discussions with fellow federal and local law enforcement. Since this affidavit is for a limited purpose, I have not included every fact I know about this investigation. I set forth only facts necessary to establish foundation for the requested warrant. Conversations and discussions below are set forth in substance unless noted. Dates and times are approximate.

## STATEMENT OF PROBABLE CAUSE

*Background on Electronic Benefit Transfer Cards*

7. In the summer of 2022, California's Department of Social Services ("CalDSS") advised the SoCal CFTF that it had detected a rise in fraud associated with the electronic debit cards issued to individuals and families who qualify for California public benefits like CalFresh and CalWORKS.

8. The U.S. Department of Agriculture also noticed a rise in fraud associated with the Supplemental Nutrition Assistance Program ("SNAP") that it administers through its Food and Nutrition Service ("FNS"). SNAP is a federally funded assistance program designed to help low-income individuals and families purchase food. In California, SNAP public assistance benefits are distributed through CalFresh and loaded to an account that a qualified recipient access by means of an access card, similar to a debit or credit card, called the California Advantage Electronic Benefit Transfer

AFFIDAVIT -3-

("EBT") Card. The EBT card system was developed to enable government agencies in California and many other states to deliver public assistance benefits to recipients using electronic transfers. The EBT system is a computer-based system through which authorization for qualifying food purchases and cash withdrawals is received from either a point-of-sale ("POS") terminal or an ATM.

9. CalWORKS is a public assistance program that provides cash aid to eligible families with one or more children in the home. Families that apply and qualify for ongoing CalWORKS assistance receive money each month to help pay for housing, food, and other necessary expenses. CalWORKS, along with CalFresh, is distributed by CalDSS through the California Advantage EBT card.

10. After a recipient applies for, and is approved to receive, California public assistance benefits, the benefits are automatically distributed to the recipient's EBT card on a designated day of the month—typically, in California, the first five days of the month. To access their benefits to purchase eligible food items, the recipient swipe his/her card through a point-of-sale terminal, or insert it into an ATM, that records the card number, date, time, and amount of the transaction. The recipient then enters his/her unique Personal Identification Number ("PIN") into a keypad to complete the transaction.

11. The SoCal CFTF has gathered evidence indicating that members of what appear to be one or more criminal enterprises are stealing California EBT account information by installing skimmers on POS terminals, often by targeting POS terminals at large volume retailers, like Walmart, in communities with higher concentrations of public benefit recipients. The skimmed data is then often re-encoded onto the magnetic strips of cards that members of the conspiracy use to make unauthorized withdrawals and purchases. These re-encoded cards are sometimes referred to as "cloned" cards. Cloned cards can be a blank white plastic card, or another debit, credit, or gift card. Cloned cards may have names or numbers embossed on the physical face of the card.

AFFIDAVIT                                   -4-

A common feature of cloned cards is that the account number encoded on the card's magnetic strip will not match the number embossed on the card's face. To facilitate the use of the stolen EBT benefits, members of the scheme will commonly put stickers bearing the account's PIN on the physical cards, or access devices, that are swiped at a POS terminal along with the account balance.

12. Data provided by CalDSS indicated that, between approximately June 2022 and February 2024, in the Southern District of California and elsewhere, more than approximately $181 million has been stolen using compromised EBT account information. Most of the stolen funds were obtained through unauthorized ATM withdrawals.

*Prior Southern California EBT Fraud Operations*

13. In July and August of 2022, the SoCal CFTF learned of connected incidents at Walmart stores in Chula Vista, National City, and Sherman Heights involving overlay skimmers that appeared to be part of the California EBT fraud scheme.[1] According to police reports and records obtained by the task force, in June 2022, National City Police arrested a Romanian national who was caught installing an overlay skimmer without authorization at a National City Walmart. The suspect had at least one co-conspirator assist him with the installation.

---

[1] An overlay skimmer is a skimmer that is part of a counterfeit faceplate designed to resemble the legitimate POS terminal. Overlay skimmers are mounted to the legitimate POS terminal and allow a victim's credit or debit card to be read by the legitimate terminal. In the process of inserting the victim's credit or debit card into the legitimate terminal, the card is also read by the overlay skimmer, which stores the card's stolen electronic information for later unauthorized use. The overlay skimmers at issue in the California EBT investigation are not designed to read credit or debit cards embedded with a chip (i.e., most credit and debit cards). Unlike most bank-issued credit and debit cards, California EBT cards do not have chips—which makes the cards less expensive. The overlay skimmers that cannot read cards with chips therefore typically target California EBT cards.

AFFIDAVIT -5-

14. In July 2022, employees at a Chula Vista Walmart discovered an unauthorized overlay skimmer installed on a POS terminal. Store surveillance footage showed that the individual arrested by National City Police had, along with his unidentified co-conspirator, installed the overlay skimmer at the Chula Vista Walmart two days before his arrest in National City. When arrested by National City Police, the suspect presented a fake European ID that misrepresented his name and nationality. Record checks revealed his true name, Romanian nationality, and indicated that he had entered the U.S. without inspection. Additional investigation revealed that this individual, or someone closely matching his appearance, had installed an overlay skimmer at a Sherman Heights Walmart in March 2022 with the assistance of two additional co-conspirators.

15. Since the fall of 2022, the SoCal CFTF has arrested approximately one dozen individuals for the involvement in EBT-related fraud. All but one of these individuals were Romanian. Eight of these individuals were arrested at or near an ATM where they had used stolen EBT account information to make unauthorized cash withdrawals from victims' CalWORKS accounts. The remainder were arrested for using stolen SNAP benefits to purchase shelf-stable items like Red Bull that could be resold.

16. Searches of phones seized from those arrested have shown that these individuals used their phones to record ATM withdrawals; store and communicate about EBT cards, track data (e.g., the electronic account information encoded on a credit, debit or EBT card's magnetic strip), and skimming devices; coordinate Airbnb rentals; and share map and geolocation coordinates. These records are consistent with other evidence collected by the SoCal CFTF showing that individuals involved in Romanian California EBT skimming schemes frequently use rental cars and Airbnbs to conceal their identity and location while engaging in unauthorized EBT withdrawals and skimming-related activities.

AFFIDAVIT -6-

17. Many of the individuals arrested by the SoCal CFTF for engaging in EBT-related fraud were also found in possession of fake European IDs, skimming-related tools, and skimming-related devices at the time of their arrest. In some cases, the SoCal CFTF also gathered surveillance images showing these individuals installing skimmers into ATMs in what appeared to be efforts to steal, or "skim," debit card account information.

18. The SoCal CFTF has also documented the repeated use of stolen, altered, and paper license plates on vehicles driven by individuals engaged in EBT fraud. The use of these plates appears intended to impede further investigation into the individuals engaged in the EBT fraud.

*February 2024 Seizure of the **Subject Devices***

19. On February 1, 2024, employees at the Bank of America branch located at 9711 Mission Gorge Road, Santee, California, observed an individual installing and removing a skimming device at their ATMs. The next day, February 2, 2024, they saw that the individual had returned to the bank branch and they contacted the San Diego County Sheriff's Department (SDSD). SDSD deputies arrived on scene while the individual was still in the parking lot. They encountered Anghel Giovani TANASE sitting in a black BMW (CA 7HFL727). Deputies asked TANASE for his ID and TANASE gave them a UK driving license with his name, photo, and what appeared to be a date of birth of September 7, 2005 (18 years-old).

20. During the encounter, deputies observed a skimming device in plain view on the passenger floorboard. TANASE consented to a vehicle search. The search of the black BMW revealed a pinhole camera (which is typically used to record ATM users entering their PINs), multiple sim cards, an iPhone (collectively, the **Subject Devices**), two extraction tools, a putty knife, pliers, gift cards, torn US Bank ATM receipts, $335 in cash, and a paper license plate. Specifically, the iPhone was on his person; the SD card attached to the pin hole camera was in plain view location on the front right

AFFIDAVIT -7-

passenger floor board; and the sim cards were scattered between the front passenger floor board and the rear right passenger floorboard of the vehicle. The extraction tools, putty knife, and pliers are tools commonly used to retrieve skimming devices that have been inserted into ATMs.

21. Bank employees positively identified TANASE as the same individual that they had witnessed installing and removing skimming devices the day prior. TANASE also appeared to be wearing the same clothes from the day before. Deputies then arrested TANASE for violation of California Penal Code 502.6(a) (Fraudulent Possession/Use of Scanning Device (misdemeanor)), Penal Code 530.5 (a) (Obtaining Credit/Etc Other's Identification (felony)), and Penal Code 459 (Burglary). They transported him to the Santee SDSD Station.

22. At the station, TANASE admitted that the UK ID that he had presented to the deputies was fake. Deputies also learned that TANASE was 17 years-old and a juvenile after running his fingerprints. Based on his age, TANASE was released to his mother's custody.

23. Bank of America later provided law enforcement with surveillance video from February 1, 2024, which showed TANASE was accompanied by an adult female who has since been identified as Alexandra Mariana ANECHITEI (DOB 3/15/2002). The video shows TANASE inserting a tool into the ATM and then withdrawing what appears to be a deep-inset skimmer. TANASE then hands the skimmer to ANECHITEI, who puts it her wallet. TANASE also hands ANECHITEI a putty knife and she then removes the pinhole camera housing that was affixed to the ATM and hands the pinhole camera housing to TANASE, who conceals it in his jacket. (ANECHITEI has a prior shoplifting arrest from Orange County and is a person of interest in a skimming investigation out of Emeryville, CA.)

24. Follow-up investigation revealed additional information about the US Bank receipts found in the black BMW driven by TANASE. The receipts were torn up,

AFFIDAVIT -8-

but investigators were able to piece them back together. The receipts were for withdrawals totaling $4,520 from just after 6 a.m. on February 1, 2024, which is typically when CalWORKS benefits first become available. The withdrawals were made at a La Mesa US Bank branch. Reports from CalDSS indicated that the withdrawals made at this branch location and time were flagged as potentially fraudulent EBT withdrawals. ATM surveillance images provided by US Bank show it was TANASE making the withdrawals. This evidence indicates that TANASE is involved in both EBT fraud and skimming-related activities, which is also consistent with TANASE possessing multiple gift cards at the time of his arrest. Typically, individuals engaged in EBT and skimming-related conspiracies will obtain cloned gift cards that are reencoded with stolen EBT account or other account information and use those cloned cards to make ATM withdrawals from victims' EBT accounts.

## Evidence to be Searched for

25. The San Diego District Attorney's Office is pursuing prosecution of TANASE because he is a juvenile. The SoCal CFTF is pursuing a federal investigation into ANECHITEI and any other adult coconspirators engaged in the EBT fraud and skimming scheme described above. This affidavit seeks authorization to search the **subject devices** retrieved from TANASE's vehicle for evidence of and relating to this conspiracy.

26. In my training and experience, the individuals who build and manufacture skimming devices are not usually the same individuals who install them. Similarly, once the skimmed data is retrieved from a compromised point-of-sale terminal or ATM, along with the pinhole camera that records the PIN, it must be re-encoded onto new cards and paired up with the corresponding PIN so that funds can then be withdrawn from the compromised account. Coordinating the dissemination of these cards and PINs requires organization. In part for these reasons, I believe that TANASE was likely working with others as part of a scheme to steal and misuse EBT account information.

AFFIDAVIT -9-

27. Based on forensic searches of phones seized in similar EBT fraud and skimming cases, individuals involved in EBT fraud and related skimming activities commonly use their phones as instrumentalities of the fraudulent activity. In some situations, individuals will use phones to download skimmed data from Bluetooth-enable skimmers installed on point-of-sale terminals and ATMs. More commonly, individuals will use their phones to communicate with coconspirators, navigate routes for skimming and fraud-related travel, reserve short-term housing and vehicle rentals, take photos and videos of and relating to skimming and EBT fraud, and conduct balance inquiries for compromised accounts. In this case, the SoCal CFTF is also seeking authorization to search the SD card attached to the pinhole camera found in TANASE's vehicle. In part for these reasons, I submit there is probable cause to believe that evidence of relating to access device fraud will be found on **Subject Devices.**

## Procedures for Electronically-Stored Information

28. It is not possible to determine, merely by knowing the cellular phone's make, model and serial number, the nature and types of services to which the device is subscribed and the nature of the data stored on the device. Cellular devices today can be simple cellular telephones and text message devices, can include cameras, can serve as personal digital assistants and have functions such as calendars and full address books and can be mini-computers allowing for electronic mail services, web services and rudimentary word processing. An increasing number of cellular service providers now allow for their subscribers to access their device over the internet and remotely destroy all of the data contained on the device. For that reason, the device may only be powered in a secure environment or, if possible, started in "flight mode" which disables access to the network. Unlike typical computers, many cellular telephones do not have hard drives or hard drive equivalents and store information in volatile memory within the device or in memory cards inserted into the device. Current technology provides some solutions for acquiring some of the data stored in some cellular telephone models using

AFFIDAVIT -10-

forensic hardware and software.  Even if some of the stored information on the device may be acquired forensically, not all of the data subject to seizure may be so acquired. For devices that are not subject to forensic data acquisition or that have potentially relevant data stored that is not subject to such acquisition, the examiner must inspect the device manually and record the process and the results using digital photography. This process is time and labor intensive and may take weeks or longer.

29. Following the issuance of this warrant, the USSS will review the data from **Subject Devices**. All forensic analysis of the data contained within the telephone and its memory cards will employ search protocols directed exclusively to the identification and extraction of data within the scope of this warrant.

30. Based on the foregoing, identifying and extracting data subject to seizure pursuant to this warrant may require a range of data analysis techniques, including manual review, and, consequently, may take weeks or months.  The personnel conducting the identification and extraction of data will complete the analysis within ninety (**90**) days of the date the warrant is signed, absent further application to this court.

<u>PRIOR ATTEMPTS TO OBTAIN THIS EVIDENCE</u>

31. The United States is not aware of any prior attempts to obtain this evidence.

//
//
//
//
//
//
//
//
//
//

AFFIDAVIT -11-

CONCLUSION

32. For the reasons described above, I respectfully submit there is probable cause to believe that evidence of and relating to TANASE's involvement in skimming and access device fraud, as described in Attachment B, are more likely than not to be found on **Subject Devices**, as described in Attachment A.

_____
Special Agent Jessica Freeman
United States Secret Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on April  1  , 2024.

_____
HON. VALERIE E. TORRES
U.S. MAGISTRATE JUDGE

AFFIDAVIT

-12-